1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

MARY R.,

12                                                    Plaintiff,

13      v.

14      COMMISSIONER OF SOCIAL
        SECURITY,
15
16                                                  Defendant.

Case No.: 22-cv-485-DEB

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA
PAUPERIS**

**[DKT. NO. 2]**

17
18          Before the Court is Plaintiff Mary R.'s Application to Proceed with her Complaint
19      in forma pauperis. Dkt. No. 2. A court may authorize the commencement of a suit without
20      prepayment of fees if the plaintiff submits an affidavit, including a statement of all her
21      assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit
22      must "state the facts as to [the] affiant's poverty with some particularity, definiteness and
23      certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). An affidavit is
24      sufficient if it shows the applicant cannot pay the fee "and still be able to provide [her]self
25      and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II
26      Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).
27
28

Here, Plaintiff's application states she is unemployed and receives $401.00 per month in public assistance. Dkt. No. 2 at 2, 3. Plaintiff's only asset is a 2006 Mitsubishi Galant. *Id*. at 3.

Plaintiff's monthly expenses exceed her monthly income. Her monthly expenses average $740.00 and include rent payments, utilities, food, clothing, and motor vehicle insurance. *Id*. at 4. Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the financial resources to pay her filing fee. Accordingly, Plaintiff's Application to Proceed with her Complaint in forma pauperis is **GRANTED**.

**IT IS SO ORDERED**.

Dated:  April 18, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge